UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

OMAR KHATTIM ALI,

        Plaintiff,

v.

UNKNOWN PART(Y)(IES),

        Defendant.
_____/

Case No. 1:20-cv-355

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:  June 25, 2020                /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge